# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D21-1945
_____

WILLIAM MITCHELL GOE,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the County Court for Duval County.
Gary Flower, Judge.

September 28, 2022


PER CURIAM.

   AFFIRMED.

RAY, OSTERHAUS, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Adam B. Wilson, Assistant Attorney General, Tallahassee, for Appellee.